IN THE CIRCUIT COURT OF TENNESSEE
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

ROBERT HORTON, III,
as next friend of ROBERT HORTON, IV
and ROBERT HORTON, IV,

       *Plaintiff,*

vs.                                          CT-4991-23

MEMPHIS SHELBY COUNTY SCHOOLS,

       *Defendant.*

## WAIVER OF SERVICE OF A SUMMONS

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 12/1/2023, the date when this request was sent

    If I fail to do so, a default judgment ~~will~~ *may* be entered against me or the entity I represent.

                                              /s/ Jamie Morton
                                              Counsel for Defendant
                                              160 S. Hollywood St.
                                              Memphis, TN 38112

Date: 12-6-23